UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                  Case No. 19-12564

M & S ENTERPRISES, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 24) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants IGAS Fuel, Inc., HJN Citgo, Inc., Grove Mini Mart, Inc., and VMM Gas, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant IGAS Fuel, Inc., in the amount of $63,460.09.

2. Plaintiff shall receive a judgment against Defendant HJN Citgo, Inc., in the amount of $63,460.09.

3. Plaintiff shall receive a judgment against Defendant Grove Mini Mart, Inc., in the amount of $63,460.09.

4. Plaintiff shall receive a judgment against Defendant VMM Gas, Inc., in the amount of $63,460.09.

          DAVID J. WEAVER
          CLERK OF THE COURT

          S/Lisa Wagner
          By: Case Manager and Deputy Clerk to
              Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-12564.OUTLAW.Judgment.RMK.docx